# EXHIBIT # A



Share



**Brian Medenwaldt** likes **TeeMaster - Golf Tee Times and Reservations**.

March 18, 2012

WWW.TEEMASTER.COM
**TeeMaster - Golf Tee Times and Reservations**
TeeMaster's online tee times allows golfers to make online...



**Brian Medenwaldt** likes **CAM4: Free Live Sex Cams | Worlds Largest Live Porn Site!**

February 22, 2012



WWW.CAM4.COM
**CAM4: Free Live Sex Cams | Worlds Largest Live Porn Site!**

Reply...