AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Shamona Alexandra Cunningham, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Brian Medenwaldt, and AIRBNB, Inc. <br><br> *Defendant(s)* | Civil Action No. 21-cv-3391 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AIRBNB, Inc.
888 Brannan St
San Francisco, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 06/16/2021

/s/ Priscilla Bowens

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-3391

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **AIRBNB, Inc**

was received by me on *(date)* **6/23/2021**        . 888 Brannan St
San Francisco, CA 94103

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because **Please see below** ; or

☐ Other *(specify)*: **6/23/2021 at 11:32 AM, This building was locked, and there was no access or intercom. The defendant has an AFS in Sacramento**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **6/24/2021**

*Server's signature*

**Tony Klein (San Francisco #21)**
*Printed name and title*

**PO Box 460038
San Francisco, CA 94146
800-637-1805**
*Server's address*

Additional information regarding attempted service, etc:
**Document(s) Attempted to Serve: Summons in a Civil Action, Complaint.**

Print    Save As...    Reset